**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-01554 |
| | § | |
| SIDNEY ROSS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $104,105.00 | Assets Exempt: | $21,000.00 |
| Total Distributions to Claimants: | $1,445.68 | Claims Discharged Without Payment: | $14,975.90 |
| Total Expenses of Administration: | $1,904.89 | | |

3) Total gross receipts of $3,350.57 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,350.57 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $203,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,904.89 | $1,904.89 | $1,904.89 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $13,211.73 | $3,209.85 | $3,209.85 | $1,445.68 |
| **Total Disbursements** | $216,211.73 | $5,114.74 | $5,114.74 | $3,350.57 |

4). This case was originally filed under chapter 7 on 01/19/2016. The case was pending for 27 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/09/2018                              By:   /s/ David P. Leibowitz
                                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Sun Life Whole Life Insurance Policy | 1129-000 | $613.05 |
| Citibank checking account | 1229-000 | $2,564.29 |
| Citibank savings account | 1229-000 | $110.33 |
| IL Unclaimed Funds (6439474) | 1229-000 | $62.90 |
| **TOTAL GROSS RECEIPTS** | | $3,350.57 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationstar Mortgage Ll | 4110-000 | $203,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $203,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $837.64 | $837.64 | $837.64 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $17.79 | $17.79 | $17.79 |
| Green Bank | 2600-000 | NA | $40.97 | $40.97 | $40.97 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $8.49 | $8.49 | $8.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,904.89 | $1,904.89 | $1,904.89 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AT&T Mobility II LLC | 7200-000 | $0.00 | $5.67 | $5.67 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 1; AT&T Mobility II LLC) | 7200-001 | $0.00 | $0.00 | $0.00 | $2.56 |
| 2 | Illinois Bell Telephone Company | 7200-000 | $0.00 | $655.15 | $655.15 | $295.07 |
| 3 | Chase Bank USA, N.A. | 7200-000 | $0.00 | $2,549.03 | $2,549.03 | $1,148.05 |
|  | AT&T | 7100-000 | $580.96 | $0.00 | $0.00 | $0.00 |
|  | AT&T | 7100-000 | $1,286.05 | $0.00 | $0.00 | $0.00 |
|  | Capital One Bank | 7100-000 | $7,304.06 | $0.00 | $0.00 | $0.00 |
|  | Chase Salute | 7100-000 | $2,460.50 | $0.00 | $0.00 | $0.00 |
|  | Mcydsnb | 7100-000 | $194.00 | $0.00 | $0.00 | $0.00 |
|  | Mels Car Care Center | 7100-000 | $1,386.16 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $13,211.73 | $3,209.85 | $3,209.85 | $1,445.68 |

Case 16-01554   Doc 58   Filed 04/13/18   Entered 04/13/18 14:21:38   Desc Main
Document      Page 5 of 11

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 16-01554t | | Trustee Name: | David Leibowitz |
| Case Name: | ROSS, SIDNEY | | Date Filed (f) or Converted (c): | 01/19/2016 (f) |
| For the Period Ending: | 4/9/2018 | | §341(a) Meeting Date: | 02/18/2016 |
| | | | Claims Bar Date: | 10/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2412 S 11th Ave  Broadview, IL - 60155-0000  Cook | $118,605.00 | $0.00 | | $0.00 | FA |
| 2 | 1992 Honda Accord (241k miles) | $1,500.00 | $0.00 | | $0.00 | FA |
| 3 | 1999 Plymouth Voyager 162000 MILES | $2,000.00 | $500.00 | | $0.00 | FA |
| Asset Notes: | Updated exemption amount per amended schedule C filed 08/19/2016 (dkt #32) Not economical to administer. | | | | | |
| 4 | Misc Household Items | $2,500.00 | $0.00 | | $0.00 | FA |
| 5 | Misc Wearing Apparel | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Sun Life Whole Life Insurance Policy | $613.00 | $613.05 | | $613.05 | FA |
| Asset Notes: | Updated scheduled value per amended schedule B filed 5/27/16 (dkt #20) Trustee's objection to exemption was sustained; Debtor thereafter amended schedule C to delete the exemption (dkt #32) | | | | | |
| 7 | Citibank checking account (u) | $0.00 | $2,564.29 | | $2,564.29 | FA |
| 8 | Citibank savings account (u) | $0.00 | $110.34 | | $110.33 | FA |
| 9 | IL Unclaimed Funds (6439474) (u) | $0.00 | $62.90 | | $62.90 | FA |
| Asset Notes: | Submitted claim 2/10/17 (6439474) | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $125,718.00 | $3,850.58 | | $3,350.57 | $0.00 |

---

**Major Activities affecting case closing:**

06/30/2017    2017 Reporting Period:

Debtor completed his payment plan on May 15, 2017. The Trustee has submitted a claim for unclaimed funds in the Debtor's name from the State of Illinois and is currently awaiting the release of said funds from the Illinois Treasurer.

Case will be ready for TFR upon receipt of unclaimed funds.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-01554t | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ROSS, SIDNEY | | Date Filed (f) or Converted (c): | 01/19/2016 (f) |
| For the Period Ending: | 4/9/2018 | | §341(a) Meeting Date: | 02/18/2016 |
| | | | Claims Bar Date: | 10/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/28/2016   2016 Reporting Period:

Trustee requested 90 days of bank statements at 341 meeting. Trustee's office contacted Debtor's attorney requesting same multiple times over several months; however, Debtor's attorney was unresponsive. Trustee filed motion to compel Debtor to turn over documents.

Upon review of documents, Trustee demanded $3,287.68 for non-exempt property within 30 days. Additionally, will object to second vehicle exemption and exemption of whole life insurance policy. Motion for turnover to be filed.

| | | | | | |
|---|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 07/31/2016 | **Current Projected Date Of Final Report (TFR):** | 12/31/2017 | /s/ DAVID LEIBOWITZ | |
| | | | | DAVID LEIBOWITZ | |

| Case No. | 16-01554t | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | ROSS, SIDNEY | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9185 | | | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Ross, Sidney |
| For Period Beginning: | 1/19/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/17/2016 | | ROSS, SIDNEY | Payment pursuant to turnover order (docket #35) - 1 of 9 | * | $400.00 | | $400.00 |
| | {6} | | Payment pursuant to turnover order (docket #35) - 1 of 9    $74.59 | 1129-000 | | | $400.00 |
| | {7} | | Payment pursuant to turnover order (docket #35) - 1 of 9    $311.99 | 1229-000 | | | $400.00 |
| | {8} | | Payment pursuant to turnover order (docket #35) - 1 of 9    $13.42 | 1229-000 | | | $400.00 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.29 | $399.71 |
| 11/15/2016 | | ROSS, SIDNEY | Payment pursuant to turnover order (docket #35) - 2 of 9 | * | $400.00 | | $799.71 |
| | {6} | | Payment pursuant to turnover order (docket #35) - 2 of 9    $74.59 | 1129-000 | | | $799.71 |
| | {7} | | Payment pursuant to turnover order (docket #35) - 2 of 9    $311.99 | 1229-000 | | | $799.71 |
| | {8} | | Payment pursuant to turnover order (docket #35) - 2 of 9    $13.42 | 1229-000 | | | $799.71 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.93 | $798.78 |
| 12/21/2016 | | ROSS, SIDNEY | Payment pursuant to turnover order (docket #35) - 3 of 9 | * | $400.00 | | $1,198.78 |
| | {6} | | Payment pursuant to turnover order (docket #35) - 3 of 9    $74.60 | 1129-000 | | | $1,198.78 |
| | {7} | | Payment pursuant to turnover order (docket #35) - 3 of 9    $312.00 | 1229-000 | | | $1,198.78 |
| | {8} | | Payment pursuant to turnover order (docket #35) - 3 of 9    $13.40 | 1229-000 | | | $1,198.78 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.49 | $1,197.29 |
| 01/09/2017 | | ROSS, SIDNEY | Payment pursuant to turnover order (docket #35) - 4 of 9 | * | $400.00 | | $1,597.29 |
| | {6} | | Payment pursuant to turnover order (docket #35) - 4 of 9    $74.60 | 1129-000 | | | $1,597.29 |
| | {7} | | Payment pursuant to turnover order (docket #35) - 4 of 9    $312.00 | 1229-000 | | | $1,597.29 |
| | {8} | | Payment pursuant to turnover order (docket #35) - 4 of 9    $13.40 | 1229-000 | | | $1,597.29 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.39 | $1,594.90 |
| | | | **SUBTOTALS** | | $1,600.00 | $5.10 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01554t | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ROSS, SIDNEY | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9185 | | | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Ross, Sidney |
| For Period Beginning: | 1/19/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/14/2017 | | ROSS, SIDNEY | Payment pursuant to turnover order (docket #35) - 5 of 9 | * | $400.00 | | $1,994.90 |
| | {6} | | Payment pursuant to turnover order (docket #35) - 5 of 9    $74.60 | 1129-000 | | | $1,994.90 |
| | {7} | | Payment pursuant to turnover order (docket #35) - 5 of 9    $312.00 | 1229-000 | | | $1,994.90 |
| | {8} | | Payment pursuant to turnover order (docket #35) - 5 of 9    $13.40 | 1229-000 | | | $1,994.90 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.61 | $1,992.29 |
| 03/16/2017 | | ROSS, SIDNEY | Payment pursuant to turnover order (docket #35) - 6 of 9 | * | $400.00 | | $2,392.29 |
| | {6} | | Payment pursuant to turnover order (docket #35) - 6 of 9    $74.56 | 1129-000 | | | $2,392.29 |
| | {7} | | Payment pursuant to turnover order (docket #35) - 6 of 9    $311.96 | 1229-000 | | | $2,392.29 |
| | {8} | | Payment pursuant to turnover order (docket #35) - 6 of 9    $13.48 | 1229-000 | | | $2,392.29 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.77 | $2,388.52 |
| 04/17/2017 | | ROSS, SIDNEY | Payment pursuant to turnover order (docket #35) - 7 of 9 | * | $400.00 | | $2,788.52 |
| | {6} | | Payment pursuant to turnover order (docket #35) - 7 of 9    $74.60 | 1129-000 | | | $2,788.52 |
| | {7} | | Payment pursuant to turnover order (docket #35) - 7 of 9    $312.00 | 1229-000 | | | $2,788.52 |
| | {8} | | Payment pursuant to turnover order (docket #35) - 7 of 9    $13.40 | 1229-000 | | | $2,788.52 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.75 | $2,784.77 |
| 05/15/2017 | | ROSS, SIDNEY | Payment pursuant to turnover order (docket #35) - 8 & 9 of 9 | * | $487.67 | | $3,272.44 |
| | {6} | | Payment pursuant to turnover order (docket #35) - 8 & 9 of 9    $90.91 | 1129-000 | | | $3,272.44 |
| | {7} | | Payment pursuant to turnover order (docket #35) - 8 & 9 of 9    $380.35 | 1229-000 | | | $3,272.44 |
| | {8} | | Payment pursuant to turnover order (docket #35) - 8 & 9 of 9    $16.41 | 1229-000 | | | $3,272.44 |
| | | | **SUBTOTALS** | | $1,687.67 | $10.13 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01554t | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ROSS, SIDNEY | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9185 | | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Ross, Sidney |
| For Period Beginning: | 1/19/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.89 | $3,267.55 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.44 | $3,262.11 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.92 | $3,257.19 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.25 | $3,251.94 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.24 | $3,246.70 |
| 10/19/2017 | (9) | State of Illinois - Comptroller | Illinois Unclaimed Funds | 1229-000 | $62.90 | | $3,309.60 |
| 02/27/2018 | 3001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $17.79 | $3,291.81 |
| 02/27/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $837.64 | $2,454.17 |
| 02/27/2018 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $8.49; Distribution Dividend: 100.00%; | 3120-000 | | $8.49 | $2,445.68 |
| 02/27/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $1,000.00; Distribution Dividend: 100.00%; | 3110-000 | | $1,000.00 | $1,445.68 |
| 02/27/2018 | 3005 | Clerk, US Bankruptcy Court | Small Dividends | * | | $2.56 | $1,443.12 |
| | | | Claim Amount         $(2.56) | 7200-001 | | | $1,443.12 |
| 02/27/2018 | 3006 | Illinois Bell Telephone Company | Claim #: 2; Amount Claimed: $655.15; Distribution Dividend: 45.04%; | 7200-000 | | $295.07 | $1,148.05 |
| 02/27/2018 | 3007 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: $2,549.03; Distribution Dividend: 45.04%; | 7200-000 | | $1,148.05 | $0.00 |

| | | | | **SUBTOTALS** | $62.90 | $3,335.34 | |

Page No: 4 Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01554t | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ROSS, SIDNEY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9185 | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Ross, Sidney |
| For Period Beginning: | 1/19/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $3,350.57 | $3,350.57 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $3,350.57 | $3,350.57 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $3,350.57 | $3,350.57 | |

**For the period of 1/19/2016 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,350.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,350.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,350.57 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,350.57 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/17/2016 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,350.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,350.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,350.57 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,350.57 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5                    Exhibit 9

| Case No. | 16-01554t | | Trustee Name: | David Leibowitz |
| Case Name: | ROSS, SIDNEY | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9185 | | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Ross, Sidney |
| For Period Beginning: | 1/19/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,350.57 | $3,350.57 | $0.00 |

| For the period of 1/19/2016 to 4/9/2018 | | For the entire history of the case between 01/19/2016 to 4/9/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,350.57 | Total Compensable Receipts: | $3,350.57 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,350.57 | Total Comp/Non Comp Receipts: | $3,350.57 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,350.57 | Total Compensable Disbursements: | $3,350.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,350.57 | Total Comp/Non Comp Disbursements: | $3,350.57 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ